**Exhibit B**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
IN RE                                          CASE NO. 08-14106 (REG)
SILVIA NUER
---------------------------------------------x

## RELIEF FROM STAY REAL ESTATE AND COOPERATIVE APARTMENTS

I _Sanela Hadagic_ - Doc Execution Specialist  <NAME AND TITLE> OF JPMORGAN CHASE BANK NATIONAL ASSOCIATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-2 (HEREINAFTER, MOVANT ) HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE):

## BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 1651 METROPOLITAN AVE. 7C, BRONX, NY 10462

2. LENDER NAME: JPMORGAN CHASE BANK NATIONAL ASSOCIATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-2

3. DATE OF MORTGAGE <MM/DD/YYYY>: 01/06/2006

4. POST-PETITION PAYMENT ADDRESS: 7255 BAYMEADOWS WAY, MAILSTOP JAXB2007, JACKSONVILLE, FL 32256

## DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $ 114,717.31 GOOD THROUGH 10/24/2008
(Note: this amount may not to be relied on as a payoff quotation.)

6. MOVANT S ESTIMATED MARKET VALUE OF THE REAL PROPERTY: $137,000.00

7. SOURCE OF ESTIMATED VALUATION: ONLINE PROPERTY VALUATION

# STATUS OF DEBT AS OF
# THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE: $ 114,717.31 GOOD THROUGH 10/24/2008

    A. AMOUNT OF PRINCIPAL: $ 102718.47

    B. AMOUNT OF INTEREST: $ 10,889.12

    C. AMOUNT OF ESCROW (taxes and insurance): ($1,941.73 BALANCE)

    D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $ 0.00

    E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $ 1260.00

    F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $ 81.45

9. CONTRACTUAL INTEREST RATE: 8.700% ADJUSTABLE RATE WITH CHANGE DATE 02/01/2008

| | |
|---|---|
| ORIGINATION TO 01/31/2008: | 8.700% |
| 02/01/2008 TO 07/31/2008: | 9.875% |
| 08/01/2008 TO PRESENT: | 8.875% |

(If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:____.)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR S/DEBTORS ACCOUNT AND NOT LISTED ABOVE:

OTHER FEES: $57.50

FORECLOSURE COSTS: $1652.50

# AMOUNT OF ALLEGED POST-PETITION DEFAULT
# (AS OF 11/04/2008)

11. DATE LAST PAYMENT WAS RECEIVED: 09/10/2007 (APPLIED TO 09/01/2007 CONTRACTUAL MONTHLY MORTGAGE PAYMENT)

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON 11/01/2008. AS THIS IS A CHAPTER 7 CASE, THERE ARE NOW A TOTAL OF 14 CONTRACTUAL PAYMENTS NOW DUE.

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| *10/01/2007 | $899.74 | | | | | $16.29 |
| *11/01/2007 | $899.74 | | | | | $16.29 |
| *12/01/2007 | $899.74 | | | | | $16.29 |
| *01/01/2008 | $899.74 | | | | | $16.29 |
| *02/01/2008 | $899.74 | | | | | $16.29 |
| *03/01/2008 | $984.96 | | | | | |
| *04/01/2008 | $984.96 | | | | | |
| *05/01/2008 | $984.96 | | | | | |
| *06/01/2008 | $984.96 | | | | | |
| *07/01/2008 | $984.96 | | | | | |
| *08/01/2008 | $984.96 | | | | | |
| *09/01/2008 | $912.46 | | | | | |
| *10/01/2008 | $912.46 | | | | | |
| 11/01/2008 | $912.46 | | | | | |
| | | | | | | |
| TOTALS: | $13,145.84 | $ | $ | $ | $ | $81.45 |

* AS THIS IS A CHAPTER 7 CASE, THERE ARE ALSO 13 PRE-PETITION MONTHLY MORTGAGE PAYMENTS NOW DUE AS LISTED ABOVE.

14. AMOUNT OF MOVANT S ATTORNEYS FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $ 650.00

15. AMOUNT OF MOVANT S FILING FEE FOR THIS MOTION: $ 150.00

16. OTHER ATTORNEYS FEES BILLED TO DEBTOR POST-PETITION: $ 0.00

17 AMOUNT OF MOVANT S POST-PETITION INSPECTION FEES: $ 0.00

18. AMOUNT OF MOVANT S POST-PETITION APPRAISAL/BROKER S PRICE OPINION: $ 0.00

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $ 0.00

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: $ 0.00

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC. : $ 0.00

# REQUIRED ATTACHMENTS TO MOTION

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH THE DOCUMENTS.

(1) COPIES OF DOCUMENTS THAT INDICATE MOVANT S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY SHOULD BE ATTACHED. (EXHIBIT A.)

(2) COPIES OF DOCUMENTS ESTABLISHING PROOF OF STANDING TO BRING THIS MOTION. (EXHIBIT A.)

(3) COPIES OF DOCUMENTS ESTABLISHING MOVANT S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WERE PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH EITHER THE CLERK S OFFICE OR THE REGISTER OF THE COUNTY THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED IN. (EXHIBIT A.)

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS WORKSHEET AND/OR ANY EXHIBITS ATTACHED TO THIS WORKSHEET WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS WORKSHEET AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS.

## DECLARATION

I _Sanela Alagic_ <NAME AND TITLE> OF JPMORGAN CHASE BANK NATIONAL ASSOCIATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-2 HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE) PURSUANT 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _Jacksonville_ <CITY/TOWN>, _Florida_ <STATE> ON THIS _10_ DAY OF _November_ <MONTH>, 20_08_ <YEAR>.

_[signature]_
<SIGNATURE>

_Sanela Alagic_
<PRINT NAME>

Doc Execution Specialist
<TITLE>

JPMORGAN CHASE BANK NATIONAL ASSOCIATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST 2006-2

_7757 BAYBERRY RD_
<STREET ADDRESS>

_JAX-FL-32256_
<CITY, STATE AND ZIP CODE>

6