**Exhibit C**



**Providing effective tools to manage mortgage risk**

The First American CoreLogic suite of automated mortgage risk management tools provide the most complete assessment of mortgage risk by examining a comprehensive view of property, borrower and agent characteristics. One click delivers a user-defined priority sequence of collateral risk management and fraud prevention reports that best fit your business needs. To learn more or for additional report assistance please contact a customer care representative at **(888) 288-2009**.

■**Report Options**
■**Order New Report**

**USER ENTRY INFORMATION**

| | |
|---|---|
| Order #, Tracking ID1, ID2, ID3, ID4 | L30000011D2F232AC0B3BC, |
| Street Address | 1651 METROPOLITAN AVE, 7c, BRONX, NY, 10462 |

*Introducing...*
*C&S Appraisal Services*

## ValuePoint4 Report

Property Address: **1651 METROPOLITAN AVE 7C, BRONX, NY 10462-6256**
Owner Name: **NUER SYLVIA N**

### Valuation Result

| | |
|---|---|
| Estimated Value: | $137,000 |
| Estimated Value Range: | $121,000 - $158,000 |
| Value As Of: | 10/24/2008 |
| Processed Date: | 10/24/2008 |
| Score: | 70 |
| Forecast Standard Deviation: | 19 |
| Comment: | VP4 Valuation Successful |

*Last Market Sale Information:*
| | | | |
|---|---|---|---|
| Sale Price: | $130,000 | | |
| Sale Date: | 01/06/2006 | | |
| Sale Type: | | | |
| Seller Name: | AWUAH NANA K | | |
| 1st Mtg Amount: | $104,000 | | |
| 1st Mtg Type: | CONVENTIONAL | | |
| 2nd Mtg Amount: | $26,000 | | |

*Prior Sale Information:*
| | |
|---|---|
| Prior Sale Price: | $65,000 |
| Prior Sale Date: | 01/10/2003 |
| Prior Sale Type: | |
| Prior Seller Name: | |
| Prior 1st Mtg Amount: | $58,500 |
| Prior 1st Mtg Type: | C |

*Location Information:*

| | | | |
|---|---|---|---|
| County: | BRONX | APN: | 03944-3872 |
| Census Tract: | 0210.00 | Township Name: | |
| Absentee Owner: | N | | |

*Property Information:*

| | | | |
|---|---|---|---|
| Living Area: | 874 | Land Use: | CONDOMINIUM |

| | | | | |
|---|---|---|---|---|
| Total Rooms: | | Lot Area: | | |
| Bedrooms: | | Year Built / Eff: | / | |
| Bath(F/H): | / | Air Conditioning: | N | |
| Pool: | N | Fireplace: | N | |
| Number of Stories: | 12 | Parking: | | |

*Tax Information:*

| | | | |
|---|---|---|---|
| Assessed Value: | $10,170 | Assessed Year: | 2008 |
| Land Value: | $1,972 | Improvement Value: | $8,198 |

*Area Market Sales*

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 1 | | | Distance From Subject: | 0.32 (miles) |
| Address: | 1480 PARKCHESTER RD 2E, BRONX, NY 10462-7637 | | | | |
| Owner Name: | TUCKETT VIOLA G | | | Living Area: | 524 |
| Seller Name: | BARKER EDWIN A | | | Total Rooms: | |
| APN: | 03938-2336 | Land Use: | Condominium | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $130,000 | Prior Sale Price: | $20,000 | Year Built: | 0 |
| Recording Date: | 09/03/2008 | Prior Rec. Date: | 11/08/1991 | Air Cond: | |
| 1st Mortgage Amount: | $104,000 | Lot Area: | | Fireplace: | N |
| Total Assessed Value: | $11,839 | # of Stories: | 8 | Pool: | N |

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 2 | | | Distance From Subject: | 0.2 (miles) |
| Address: | 1507 METROPOLITAN AVE 1B, BRONX, NY 10462-6132 | | | | |
| Owner Name: | DELANO MOLLY | | | Living Area: | 768 |
| Seller Name: | GREEN ERNEST T | | | Total Rooms: | |
| APN: | 03944-2358 | Land Use: | Condominium | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $135,000 | Prior Sale Price: | | Year Built: | 0 |
| Recording Date: | 04/15/2008 | Prior Rec. Date: | 05/28/1981 | Air Cond: | |
| 1st Mortgage Amount: | $128,250 | Lot Area: | | Fireplace: | N |
| Total Assessed Value: | $9,467 | # of Stories: | 12 | Pool: | N |

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 3 | | | Distance From Subject: | 0.1 (miles) |
| Address: | 1579 METROPOLITAN AVE 6G, BRONX, NY 10462-6214 | | | | |
| Owner Name: | CHOWDHURY SUJAUL K | | | Living Area: | 798 |
| Seller Name: | ROCHESTER AUVIL & GWENDOLYN | | | Total Rooms: | |
| APN: | 03944-4256 | Land Use: | Condominium | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $135,000 | Prior Sale Price: | | Year Built: | 0 |
| Recording Date: | 03/21/2008 | Prior Rec. Date: | | Air Cond: | |
| 1st Mortgage Amount: | $0 | Lot Area: | | Fireplace: | N |
| Total Assessed Value: | $10,170 | # of Stories: | 12 | Pool: | N |

| | | | | |
|---|---|---|---|---|
| Comp#: | 4 | | Distance From Subject: | 0.13 (miles) |
| Address: | 2130 E TREMONT AVE 3C, BRONX, NY 10462-5711 | | | |
| Owner Name: | PROCEL VICTOR A | | Living Area: | 783 |

| | | | | | |
|---|---|---|---|---|---|
| Seller Name: | TAUSCH HELEN | | | Total Rooms: | |
| APN: | 03944-2746 | Land Use: | Condominium | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $135,000 | Prior Sale Price: | | Year Built: | 0 |
| Recording Date: | 02/28/2008 | Prior Rec. Date: | | Air Cond: | |
| 1st Mortgage Amount: | $121,500 | Lot Area: | | Fireplace: | N |
| Total Assessed Value: | $9,899 | # of Stories: | 12 | Pool: | N |

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 5 | | | Distance From Subject: | 0.03 (miles) |
| Address: | 1670 METROPOLITAN AVE MF, BRONX, NY 10462-6913 | | | | |
| Owner Name: | DEODAT HELENA | | | Living Area: | 829 |
| Seller Name: | MUNOZ ANIBAL & ALICIA | | | Total Rooms: | |
| APN: | 03943-4434 | Land Use: | Condominium | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $125,000 | Prior Sale Price: | $18,500 | Year Built: | 0 |
| Recording Date: | 12/17/2007 | Prior Rec. Date: | 08/22/1986 | Air Cond: | |
| 1st Mortgage Amount: | $0 | Lot Area: | | Fireplace: | N |
| Total Assessed Value: | $9,616 | # of Stories: | 8 | Pool: | N |

--- Report Separator ---

## First American CoreLogic ZipSelect Data Report

***Market Profile***
***Rural Indicator***

First American CoreLogic's Zip Profile tool is used to describe **rural determinations**, population density, l patterns, price trends and economic inumberormation for a particular Zip Code. This inumberormation is to a basis for understanding the surrounding market. The final determination and definition of "Rural" or any condition is at the sole discretion of each user. This inumberormation is derived from statistically extrapola inumberormation for the 4th quarter of the year 2002, HMDA inumberormation for the year 2000, and Dep Labor statistics for the year 2000. "Rural" as defined by this tool is a statistically established determination American CoreLogic. This is an exclusive First American CoreLogic product.



| | |
|---|---|
| *Zip Code:* | **10462** |
| Current Date: | 10/24/2008 |
| State: | NY |
| County: | BRONX |
| **Rural Indicator 2000:** | **Urban** |

*Date Created, Input Code, and Condition Found*

| | |
|---|---|
| Population: | 58,658 |
| Population Per Mile$^2$: | 29,329 |
| Zip Square Miles: | 2 |
| Dimensions in Miles: | 1.4 x 1.4 |
| Approximate Map Area: | 100 Mile$^2$ |
| Latitude: | 40856700 |

Map Shading 1990 Family Income: *Light-Low // **Dark-**

| | |
|---|---|
| Longitude: | -73865807 |

| | | | |
|---|---|---|---|
| Average Home Value Q4 2002: | $361,646 | Owner Occupied: | 21 |
| Median Home Value Q4 2002: | $361,356 | Rental Occupied Units: | 68 |
| Home Price Change Q1 2002 - Q2 2002: | 3% | Vacant Units: | 9.5 |
| Average Household Income 1999: | $44,577 | | |
| Total Housing Units: | 28,012 | | |
| Housing Units Per Mile$^2$: | 14,006 | | |
| Total Mobil Home Units 1990: | 0 | | |

## Urban MSA/County Price Indexes For: BRONX, NY



| IDX | 124.5 | 127.8 | 131.2 | 135.3 | 139.9 | 142.3 | 146.9 | 150.7 | 154.7 | 158 | 162.6 | 167.6 | 173.1 | 177 | 181 | 184.8 | 185.8 | 197.3 |
| Year | 1999 | 1999 | 2000 | 2000 | 2000 | 2000 | 2001 | 2001 | 2001 | 2001 | 2002 | 2002 | 2002 | 2002 | 2003 | 2003 | 2003 | 2003 |
| QTR | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |

\* Fannie Mae/Freddie Mac MSA Level Index

## County Profile For: BRONX, NY

| | | | |
|---|---|---|---|
| Population 2000: | 1,332,650 | Percent Unemployment 2000: | 7.3% |
| Population Growth 1999 - 2000: | | Population in Labor Force 2000: | 35.9% |
| Population Growth 1990 - 2000: | 10.7% | Owner Occupied: | 18.5% |
| Land Area: | 42.03 mile$^2$ | Rental Occupied Units: | 75.9% |
| Population Per Mile$^2$ 2000: | 31,707 | Vacant Units: | 5.6% |

### Disclaimer of Use

The predicted Values are based upon automated valuation algorithms, based on data primarily from public record sources and computer decision logic combined to provide a logical calculated estimate of the value of a residential property. The Values are provided to the User "as is" and "as available", and all uses of the Values are at the User's sole risk. All warranties concerning the Values and the underlying data and processes, both express and implied, are hereby expressly excluded, including, without limitation, any warranties of merchantability, accuracy and/or fitness

**First American CoreLogic**
10360 Old Placerville Road, Suite 100
Sacramento, CA 95827
P: (888) 288-2009 * F: (916) 455-3851
clientrequest@corelogic.com

for a particular purpose. In no event will First American CoreLogic or AVM Valuation company represented herein ("Vendors") be liable to the User or any third party for indirect, incidental, special or consequential damages of any type whatsoever arising out of or relating in any manner to these terms, the User's agreement with First American CoreLogic or the Values, whether under a contract, tort or other theory of liability, even if First American CoreLogic or its Vendors are aware of the possibility of such damages. The income information provided in the IncomePro product is based on proprietary statistical processes and was not obtained through any employment or verification/validation process. The format, content, and methods of all Files, Data and Values are Confidential.

*www.corelogic.com*

Legal / Privacy