**Exhibit D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

SILVIA NUER

            Debtor.

**ORDER**

Case No.: 08-14106-REG
(Chapter 7)

Assigned to:
Hon. ROBERT E. GERBER
Bankruptcy Judge

JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2, a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 1651 Metropolitan Avenue 7C, Bronx, NY 10462, of which the Debtor is the owner of record, and

The motion having come to be heard before this Court and no opposition having been submitted by DAVID R. KITTAY, ESQ. , the Chapter 7 Trustee, by the U.S. Trustee, or by LINDA TIRELLI, ESQ, counsel for the Debtor, and due deliberation having been had, now

Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated November 14, 2008, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 1651 Metropolitan Avenue 7C, Bronx, NY 10462; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.


DATED: Manhattan, New York
November _____, 2008


                                                                                    _____
                                                                                     Hon. ROBERT E. GERBER, U.S.B.J.