# KITTAY & GERSHFELD, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

100 WHITE PLAINS ROAD
2ND FLOOR
TARRYTOWN, NY 10591

(914) 332-8000
FAX: (914) 332-8001
E-mail: kittaygershfeld@yahoo.com

November 19, 2008

Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408
Attn: Case Administrator for Judge Gerber

   Re: Nuer, Silvia
     <u>Case No. 08-14106 (REG)</u>

Dear Sir or Madam:

  Please be advised that a bar date should be scheduled and a notice of potential distribution should be given to creditors for the above-captioned case.

  Thank you for your attention in this matter.

           Very truly yours,

           Stephanie S. Pender
           Legal Assistant