UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: **December 18, 2008**
Hearing Time: 9:45 am

**_AMENDED_ NOTICE OF MOTION FOR**
**TERMINATION OF AUTOMATIC**
**STAY**

In Re:

SILVIA NUER

Debtor.

Case No.: 08-14106-REG
(Chapter 7)

Assigned to:
Hon. ROBERT E. GERBER
Bankruptcy Judge

Please take notice that JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2, a secured creditor of Debtor, by the undersigned attorneys, will move this Court on the *18th day of December, 2008, at 9:45 am* or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, One Bowling Green, 6th Floor , Manhattan, NY 10004-1408 for an Order pursuant to 11 U.S.C. §362(d)(1) and (d)(2) terminating the automatic stay as to movant's interest in real property commonly known as 1651 Metropolitan Avenue 7C, Bronx, NY 10462 and for such other relief as the Court may deem proper.

DATED:    November 17, 2008
          Westbury, New York

Yours, etc.

By:    /s/ Dennis Jose
       Dennis Jose, Esq.
       STEVEN J. BAUM, P.C.
       Attorneys for Secured Creditor
       JPMorgan Chase Bank National Association as
       servicer for Deutsche Bank National Trust
       Company, as Trustee for Long Beach Mortgage
       Trust 2006-2
       Office and Post Address:
       900 Merchant's Concourse, Suite 412
       Westbury, NY 11590
       Telephone 716-204-2400

TO:

SILVIA NUER                             Debtor
1735 Purdy Street
Apartment 1-D
Bronx, NY 10462

LINDA TIRELLI, ESQ                      Attorney for Debtor
Law Office of Linda Tirelli, Esq.
7 Tall Oaks Lane
New City, NY 10956

DAVID R. KITTAY, ESQ.                   Chapter 7 Trustee
Kittay & Gershfeld, PC
100 White Plains Road
2nd Floor
Tarrytown, NY 10591

U.S. Trustee                            U.S. Trustee
Office of the U.S. Trustee
33 Whitehall Street
Floor 21
New York, NY 10004