UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :

In re:                                      :         Chapter 7
                                                    :
SILVIA NUER,                      :         Case No. 08-14106 (REG)
                                                     :
                        Debtor.    :
--------------------------------------------------------X

## ORDER AUTHORIZING RETENTION OF
## THE LAW OFFICES OF LINDA M. TIRELLI, ESQ. AS SPECIAL
## COUNSEL FOR THE TRUSTEE RETROACTIVE TO NOVEMBER 24, 2008

Upon the annexed application ("Application") of David R. Kittay, trustee (the "Trustee") of the bankruptcy estate of the above-captioned Debtor, by his undersigned counsel Kittay & Gershfeld, P.C., dated December 1, 2008, for an Order pursuant to Section 327 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014 approving the retention and employment of the Law Offices of Linda M. Tirelli, Esq. ("Tirelli"), as special counsel to the Trustee, retroactive to November 24, 2008; and upon the *Affidavit in Support of Application for Retention of the Law Offices of Linda M. Tirelli, Esq. as Special Counsel to the Trustee* (the "Tirelli Affidavit"), sworn to on the 24th day of November, 2008; and it appearing that Tirelli is a disinterested person (as that term is defined in Section 101(14) of the Bankruptcy Code) and represents no interest adverse to the Debtor or the estate in the matters upon which Tirelli will be engaged; and since said employment is necessary and would be in the best interests of the creditors and the estate; and sufficient cause appearing therefore; it is

ORDERED, that the Trustee be, and he hereby is authorized to retain Tirelli as special counsel to the Trustee, under the terms and conditions set forth in the Application of David R. Kittay, Trustee, and the Tirelli Affidavit, pursuant to Sections 327(e) and 328 of the Bankruptcy

Code; and it is further

ORDERED, that Tirelli provide the Trustee with a written status report every six months – one on May 1st and the other on October 1st; and it is further

ORDERED, that Tirelli be, and is hereby, authorized to seek compensation and reimbursement of expenses from the Debtor's Chapter 7 estate for payment of professional services rendered and expenses incurred by Tirelli, as special counsel, which compensation shall be subject to review and determination by this Court upon proper application pursuant to Sections 330 and 331 of the Bankruptcy Code; and it is further

ORDERED, that the costs, disbursements and expenses as incurred by Tirelli in any actions (<u>e.g.</u>, court fees, stenographers fees, photocopying and any and all other disbursements, costs and expenses incurred) will be paid by Tirelli until said costs, disbursements and expenses are approved by this Court.

Dated: New York, New York
       *<u>December 15, 2008</u>*

                               *<u>s/ Robert E. Gerber</u>*
                               UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:

OFFICE OF THE U.S. TRUSTEE

By: <u>/s/ Marylou Martin</u>

Dated:<u> December 5, 2008 </u>