EXHIBIT "A"

Loan # 0697215101

## *ASSIGNMENT OF MORTGAGE*

County of **BRONX**, State of New York

Assignor: **JPMorgan Chase Bank, National Association**, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d), 3415 Vision Drive , Columbus, OH 43219

Assignee: **Deutsche Bank National Trust Company**, as Trustee for Long Beach Mortgage Trust 2006-2, 300 Grand Avenue , Los Angeles, CA 90071

Original Lender: **Long Beach Mortgage Company**

Mortgage made by SYLVIA N. NUER, dated the 6th day of January, 2006 in the amount of One hundred and four thousand dollars ($104,000.00) and interest, recorded on the 20th day of January, 2006 in the Office of the Clerk of the County of BRONX at Certificate/Docket Number 2006000036164.

This said mortgage has not been otherwise assigned.

Property Address: 1651 METROPOLITAN AVENUE 7C, BRONX, NY 10462
SBL # Block 3944, Lot 3872

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this _4_ day of ___November___, 20__23__

*IN PRESENCE OF*

JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d)

BY: _____
Scott Walter   Attorney In Fact

State of MN
County of Dakota
On the 1 day of November in the year 2008, before me, the undersigned, a notary public in and for said state,
personally appeared _____ Scott Waster _____, personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the
individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made
such appearance before the undersigned in the Mendota Heights, MN _____. (Insert city or political subdivision and
state or other place acknowledgment taken— if acknowledgment is taken outside of New York State)

Notary Public



ADRIENNE MITCHELL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013

EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA    JACKSONVILLE DIVISION

CASE NO.  08-02485
CHAPTER 13

IN RE:

ROMAN J. DZIK
AKA ROMAN JANUSZ DZIK

      Debtor(s)

_____/

AFFIDAVIT IN SUPPORT OF
MOTION FOR RELIEF FROM STAY

STATE OF _____Minnesota_____

COUNTY OF _____Dakota_____

BEFORE ME, the undersigned authority, personally appeared _____**Scott Walter**_____ who, being first duly sworn, deposes and says:

1.    Affiant is an *Officer of* Movant, Franklin Credit Management Corp., and is personally familiar with the note and mortgage which are the basis of Movant's Motion for Relief from Stay. The information hereinafter given as to the indebtedness arising under the terms of the note and mortgage is contained in the original books and records maintained in the office of said servicing agent.

2.    The allegations of the Motion for Relief from Stay filed in this case are true and correct.

3.    There is now due and owing to the Movant upon the note and mortgage the following post petition amounts:

    (a)  Principal balance on note and
          mortgage as of May 15, 2008             $115,203.03

    (b)  17 Payments @ $1,099.06 [December 2006 to May 2008]    $18,684.02

0002443031

(c) 17 Late Charges @ $54.95 [December 2006 to May 2008]      $934.15

(d) Bankruptcy Fees & Costs

$800.00

TOTAL          $135,621.20

FUTHER AFFIANT SAYETH NAUGHT

AFFIANT    Scott Walter _AVP

Sworn to and subscribed before me
This____day of May, 2008.

Notary Public, State of _mn_    At Large

Commissioned Name of Notary Public _Paris Jack_
Personally known, or produced identification _X_
Type of Identification Produced _____

PARIS Y. JACKSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

0002443031

EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

IN RE:                                      Case No. 07-BK-02489-TBA

JEFFREY SCOTT SIMMONS and                   Chapter 7
TRISHA ANN SIMMONS

Debtor(s).

### AFFIDAVIT OF INDEBTEDNESS

STATE OF ___mn___           :
                            : SS
COUNTY OF __Dakota__        :

　　　Before me, this day, personally appeared, __Scott Walter__, who being first duly sworn, deposes and says:

1. That this Affidavit is based upon personal knowledge and not upon information or belief.

2. That he/she is an officer for the Secured Creditor, PHH Mortgage Corporation, d/b/a Merril Lynch Credit Corporation, as such is authorized to make this Affidavit; that he/she is familiar with the payments and charges due and payable under the debtor(s) promissory note and mortgage, the credits which have been made thereon, and with the financial records kept in connection therewith; that there is now unpaid on said note, together with the costs expended by plaintiff and or plaintiff's behalf the following:

| | |
|---|---|
| Unpaid principal balance | $34,146.33 |
| Property inspections | $26.50 |
| Bankruptcy fees | $650.00 |
| Bankruptcy Costs | $150.00 |
| TOTAL DUE PLAINTIFF | $34,972.83 |
| Monthly Payment Amount | $285.57 |

By: ___Scott Walter - AVP___

Sworn to and subscribed before me this __21__ day of __January__ 2008.

_____
NOTARY PUBLIC
My Commission Expires: 1/31-11
My Commission Number: 310141
08-089757

PARIS Y. JACKSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

EXHIBIT "D"

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

IN RE:

EDWARD JAMES ARNETT
DOROTHY BROWN ARNETT


Debtor(s).

Case No. 08-bk-00873-JAF
Chapter 13

## AFFIDAVIT OF INDEBTEDNESS

STATE OF ____ MN ____ :
                              : SS
COUNTY OF _Dakota_ :

    Before me, this day, personally appeared, ___ Scott Walter ___, who being first duly sworn, deposes and says:

1. That this Affidavit is based upon personal knowledge and not upon information or belief.

2. That he/she is ___ AVP ___ for Secured Creditor, Washington Mutual Bank as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL2, as such is authorized to make this Affidavit; that he/she is familiar with the payments and charges due and payable under the debtor(s) promissory note and mortgage, the credits which have been made thereon, and with the financial records kept in connection therewith; that there is now unpaid on said note, together with the costs expended by plaintiff and or plaintiff's behalf the following:

| | |
|---|---|
| Unpaid principal balance | $66,506.21 |
| Interest due | $6,332.31 |
| Deficient Balance in Escrow | $255.94 |
| Late Charges | $229.46 |
| Property inspections | $17.80 |
| Foreclosure costs | $1,348.60 |
| Foreclosure fees | $1,080.00 |
| Bankruptcy fees | $650.00 |
| Bankruptcy Costs | $150.00 |

TOTAL DUE PLAINTIFF     $76,570.33

Monthly Payment Amount     $796.15

By: _____
        Scott Walter

Sworn to and subscribed before me this ___10___ day of ___March___, 2008.

_____
NOTARY PUBLIC
My Commission Expires: 1-31-71
My Commission Number: 3110114
07-83673B

PARIS Y. JACKSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

EXHIBIT "E"

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                        CASE NO: 07-02828-GLP
                                              CHAPTER 13

KATRINA LYNN JOHNSON

    Debtors

---

### AFFIDAVIT AS TO INDEBTEDNESS

    BEFORE ME, the undersigned authority, personally appeared SCOTT WALTER who swore or affirmed as follows:

    1.    I am completing this affidavit on behalf of OPTION ONE MORTGAGE CORPORATION, "Movant". My title is Assistant Secretary.

    2.    This affidavit is based upon the loan payment records of Movant. These records are regularly maintained in the course of Movant's business. It is the regular practice of Movant to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

    3.    Movant services and/or owns a mortgage which encumbers Debtors' property legally described as:

    Lot 70, Block "A" of RIVER GROVES SUBDIVISION, according to the plat thereof as recorded in Map Book 4, Page 105, of the Public Records of Putnam County, Florida. a/k/a 100 Ferry Road, East Palatka, Florida 32131

    4.    As of August 3, 2007 Movant is owed:

| | | |
|---|---|---|
| a. | Principal Balance | $ 90,584.12 |
| b. | Interest from last installment | $ 4,335.06 |
| c. | Outstanding late charges | $ 569.36 |
| d. | Advances (includes Fcl & Bky atty fees & costs) | $ 3,047.97 |
| e. | Suspense balance | $ -597.59 |
| f. | Escrow advance | $ 1,939.42 |
| | TOTAL | $ 99,878.36 |

Our No 22923  | dv
N:\docs\forms\MOTREL.doc



5.    Pursuant to the mortgage executed by Debtors the regular payments due to Movant are $ 677.88 per month.

6.    The Debtors account with Movant is delinquent.   Debtors have not made the payment due on or about February 1, 2007 and all subsequent payments.

7.    The loan is delinquent and the information regarding the delinquency contained in Movant's Motion for Relief From Stay and/or Adequate Protection is correct. Movant's attorney has provided me with a copy of the Motion and I have reviewed it.

FURTHER AFFIANT SAYETH NAUGHT.

Scott Walter    Asst Secretary

STATE OF MINNESOTA
COUNTY OF DAKOTA

Sworn to or affirmed and subscribed before me this 10th day of August, 2007 by SCOTT WALTER who is personally known to me.

Notary Public

PARIS Y. JACKSON
NOTARY PUBLIC • MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

EXHIBIT "F"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA   JACKSONVILLE DIVISION

CASE NO.  08-03213-JAF
CHAPTER 11

IN RE:

GLENN P. CARVER
PATRICIA CARVER

      Debtor(s)

_____/

AFFIDAVIT IN SUPPORT OF
MOTION FOR RELIEF FROM STAY

STATE OF _____Minnesota_____
                   Dakota

COUNTY OF _____

      BEFORE ME, the undersigned authority, personally appeared _____Scott Walter_____,
who, being first duly sworn, deposes and says:

    1.    Affiant is an *Officer of* Movant, IndyMac Bank, F.S.B., and is personally familiar with the
note and mortgage which are the basis of Movant's Motion for Relief from Stay. The information
hereinafter given as to the indebtedness arising under the terms of the note and mortgage is contained in
the original books and records maintained in the office of said servicing agent.

    2.    The allegations of the Motion for Relief from Stay filed in this case are true and correct.

    3.    There is now due and owing to the Movant upon the note and mortgage the following
amounts:

| | | |
|---|---|---|
| (a) | Principal balance on note and mortgage as of June 6, 2008 | $448,104.72 |
| (b) | 3 Payments @ $5,063.33 [November 2007 to January 2008] | $15,189.99 |
| (c) | 5 Payments @ $4,442.01 [February 2008 to June 2008] | $22,210.05 |

1007103318

| | | |
|---|---|---|
| (d) | Accumulated Late Charges | $977.34 |
| (e) | Fees [Recording, Fax/Quote, Wire, E-Pay] | $61.00 |
| (f) | Corporate Advance | $1,991.75 |
| (g) | Escrow Advance | $12,886.38 |
| (h) | Bankruptcy Fees & Costs | $800.00 |

**TOTAL**          $502,221.23

FUTHER AFFIANT SAYETH NAUGHT

**AFFIANT**

**Scott Walter**

Sworn to and subscribed before me
This _____ day of June, 2008.

Notary Public, State of _mn_                    At Large

Commissioned Name of Notary Public _____
Personally known, or produced identification_____
Type of Identification Produced _____

PARIS Y. JACKSON
NOTARY PUBLIC • MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

1007103318

EXHIBIT "G"

| Date Received | Contractual Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Debtor Suspense | Trustee Suspense | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Debtor Suspense Balance | Trustee Suspense Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $104,000.00 | | | | | | | Beginning Total/Balances |
| 03/16/06 | 03/01/06 | | | | | | | -$18.29 | $104,000.00 | | | | -$18.29 | | | Late Fee |
| 03/31/06 | 03/01/06 | $1.14 | | | $1.14 | | | | $104,000.00 | $268.87 | $0.00 | $0.00 | -$18.29 | -$18.29 | $0.00 | Interest on Escrow |
| 04/07/06 | 03/01/06 | $900.00 | $60.46 | $754.00 | $85.28 | $0.28 | | | $103,939.54 | $342.25 | $0.28 | $0.00 | -$18.29 | -$18.29 | $0.00 | |
| 04/14/06 | 04/01/06 | | | | | -$0.28 | | $0.28 | $103,939.54 | $342.28 | $0.00 | $0.00 | -$16.03 | | $0.00 | |
| 04/17/06 | 04/01/06 | | | | | | | -$18.29 | $103,939.54 | $342.32 | $0.00 | $0.00 | -$32.32 | -$32.32 | | Late Fee |
| 04/25/06 | 04/01/06 | $899.74 | $61.90 | $753.56 | $85.28 | | | | $103,877.64 | $427.63 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 05/01/06 | 05/01/06 | | $61.34 | $753.12 | $85.28 | | | | $103,817.30 | $512.91 | $0.00 | $0.00 | -$32.32 | -$32.32 | | |
| 05/01/06 | 05/01/06 | | $0.26 | | $0.00 | | | | $103,817.04 | $512.81 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 06/12/06 | 06/01/06 | $899.74 | $61.70 | $762.67 | $05.28 | | | | $103,755.25 | $598.09 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 06/17/06 | | -$171.89 | | | -$171.89 | | | | $103,755.35 | $426.40 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | Escrow Refund |
| 06/30/06 | 07/01/06 | $2.16 | | | $2.16 | | | | $103,755.25 | $428.56 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | Interest on Escrow |
| 07/17/06 | 07/01/06 | $900.00 | $62.23 | $762.28 | $85.26 | | | | $103,693.02 | $513.86 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 07/17/06 | 08/01/06 | | $0.26 | | | | | | $103,692.76 | $513.86 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 08/14/06 | 08/01/06 | $900.00 | $62.69 | $761.77 | $83.26 | | | | $103,630.07 | $599.14 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 09/14/06 | 09/01/06 | | $0.26 | | | | | | $103,629.81 | $599.14 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 08/14/06 | 08/01/06 | $900.00 | $63.14 | $761.32 | $85.28 | | | | $103,566.67 | $684.42 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 08/13/06 | 10/01/06 | | $0.26 | | | | | | $103,566.41 | $684.42 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | |
| 09/30/06 | 10/01/06 | $2.81 | | | $2.81 | | | $0.26 | $103,566.41 | $687.23 | $0.00 | $0.00 | -$32.32 | -$32.32 | $0.00 | Interest on Escrow |
| 10/13/06 | 10/01/06 | $900.00 | $63.60 | $760.86 | $85.26 | | | | $103,502.81 | $772.51 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 11/14/06 | 11/01/06 | $900.00 | $64.06 | $760.40 | $85.26 | | | | $103,438.75 | $957.79 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 11/14/06 | | | $0.26 | | | | | | $103,438.49 | $857.79 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 12/14/06 | 12/01/06 | $900.00 | $64.53 | $749.93 | $85.28 | | | | $103,373.96 | $943.07 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 12/14/06 | | | $0.26 | | | | | | $103,373.70 | $943.07 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 12/20/06 | | $4.13 | | | $4.13 | | | | $103,373.70 | $947.20 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | Interest on Escrow |
| 01/01/07 | 01/01/07 | $171.69 | | | $171.69 | | | | $103,373.70 | $1,118.89 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 01/18/07 | 01/01/07 | $831.80 | $68.00 | $748.46 | $85.26 | | | | $103,306.70 | $1,204.17 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 01/18/07 | | | $32.06 | | | | | | $103,276.64 | $1,204.17 | $0.00 | $0.00 | -$32.06 | -$32.06 | $0.00 | |
| 02/01/07 | 02/01/07 | $948.09 | $65.70 | $748.76 | $85.28 | | | $22.00 | $103,210.94 | $1,289.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 02/15/07 | | | $16.29 | | | | | | $103,194.65 | $1,289.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 03/16/07 | 03/01/07 | $900.00 | $66.30 | $748.16 | $85.28 | | | | $103,128.35 | $1,374.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 03/16/07 | | | $0.26 | | | | | | $103,128.09 | $1,374.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 03/31/07 | 04/01/07 | $8.06 | | | $8.06 | | | | $103,128.09 | $1,380.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Interest on Escrow |
| 04/12/07 | 04/01/07 | $900.00 | $66.78 | $747.68 | $85.28 | | | | $103,061.31 | $1,466.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 04/13/07 | | | $0.26 | | | | | | $103,061.05 | $1,466.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 05/01/07 | 05/01/07 | $900.00 | $61.27 | $747.19 | $85.28 | | | | $102,993.78 | $1,551.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Date Received | Contractual Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Debtor Suspense | Trustee Suspense | Fees Assessed or Recovered | Principal Balance | Escrow Balance | Debtor Suspense Balance | Trustee Suspense Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/07 | | | $0.28 | | | | | | $102,963.52 | $1,561.35 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 06/12/07 | 05/01/07 | $900.00 | $37.78 | $746.70 | $85.26 | | | | $102,925.76 | $1,586.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 06/12/07 | | | $0.28 | | | | | | $102,925.50 | $1,636.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 06/16/07 | | -$1,210.23 | | | -$1,210.23 | | | | $102,925.50 | $426.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Escrow Refund |
| 06/29/07 | 07/01/07 | $8.62 | $8.62 | | $6.62 | | | | $102,925.50 | $453.02 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | Interest on Escrow |
| 07/02/07 | | $1,210.23 | | | $1,210.23 | | | | $102,925.50 | $1,643.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 07/11/07 | 07/01/07 | $800.00 | $68.25 | $746.21 | $85.26 | | | | $102,857.25 | $1,728.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 07/11/07 | | | $0.26 | | | | | | $102,856.99 | $1,728.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 08/14/07 | 08/01/07 | $900.00 | $68.75 | $745.71 | $85.26 | | | | $102,789.24 | $1,813.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 08/14/07 | | | $0.28 | | | | | | $102,787.96 | $1,813.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/10/07 | 09/01/07 | $800.00 | $69.25 | $745.21 | $85.26 | | | | $102,718.73 | $1,899.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/10/07 | 10/01/07 | | $0.26 | | | | | | $102,718.47 | $1,899.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 09/20/07 | 10/01/07 | $8.74 | | | $8.74 | | | | $102,718.47 | $1,907.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Interest on Escrow |

| Date Received | Contractual Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Debtor Suspense | Trustee Suspense | Fees Assessed or Received | Principal Balance | Escrow Balance | Debtor Suspense Balance | Trustee Suspense Balance | Outstanding Fee Balance | Corporate Advance Fees Assessed or Recovered | Outstanding Corporate Advance Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/07 | 10/01/07 | | | | | | | -$16.29 | $102,718.47 | $1,907.83 | $0.00 | $0.00 | $16.29 | | $0.00 | Late Fee |
| 11/16/07 | | | | | | | | -$16.29 | $102,718.47 | $1,907.83 | $0.00 | $0.00 | $32.58 | | $0.00 | Late Fee |
| 12/17/07 | | | | | | | | -$16.29 | $102,718.47 | $1,907.83 | $0.00 | $0.00 | $48.87 | | $0.00 | Late Fee |
| 12/31/07 | | $9.72 | | | $9.72 | | | | $102,718.47 | $1,917.55 | $0.00 | $0.00 | $48.87 | | $0.00 | Interest on Escrow |
| 01/16/08 | | | | | | | | -$16.29 | $102,718.47 | $1,917.55 | $0.00 | $0.00 | $65.16 | | $0.00 | Late Fee |
| 02/19/08 | | | | | | | | -$16.29 | $102,718.47 | $1,917.55 | $0.00 | $0.00 | $81.45 | | $0.00 | Late Fee |
| 03/05/08 | | | | | | | | | $102,718.47 | $1,917.55 | $0.00 | $0.00 | $81.45 | -$41.00 | $41.00 | Mtg rec fees |
| 03/31/08 | | $8.56 | | | $8.56 | | | | $102,718.47 | $1,927.11 | $0.00 | $0.00 | $81.45 | | $41.00 | Interest on Escrow |
| 05/29/08 | | | | | | | | | $102,718.47 | $1,927.11 | $0.00 | $0.00 | $81.45 | -$965.00 | $1,006.00 | Fcl fees |
| 05/29/08 | | | | | | | | | $102,718.47 | $1,927.11 | $0.00 | $0.00 | $81.45 | -$485.00 | $1,491.00 | Title costs |
| 06/24/08 | | -$4.73 | | | -$4.73 | | | | $102,718.47 | $1,922.38 | $0.00 | $0.00 | $81.45 | | $1,491.00 | Tax disbursement |
| 06/30/08 | | $9.61 | | | $9.61 | | | | $102,718.47 | $1,931.99 | $0.00 | $0.00 | $81.45 | | $1,491.00 | Interest on Escrow |
| 03/05/08 | | | | | | | | | $102,718.47 | $1,931.99 | $0.00 | $0.00 | $81.45 | -$16.50 | $1,507.50 | Fcl fees |
| 08/30/08 | | $9.74 | | | $9.74 | | | | $102,718.47 | $1,941.73 | $0.00 | $0.00 | $81.45 | | $1,507.50 | Interest on Escrow |
| | | | | | | | | | | | | | | | | |
| 11/12/08 | | | | | | | | | $102,718.47 | $1,941.73 | $0.00 | $0.00 | $81.45 | -$1,260.00 | $2,767.50 | Atty Fees - Fcl |
| 11/12/08 | | | | | | | | | $102,718.47 | $1,941.73 | $0.00 | $0.00 | $81.45 | -$202.50 | $2,970.00 | Fcl fees |
| 11/12/08 | | | | | | | | | $102,718.47 | $1,941.73 | $0.00 | $0.00 | $81.45 | -$65.00 | $3,035.00 | Corp. assign |
| 12/27/08 | | -$30.19 | | | -$30.19 | | | | $102,718.47 | $1,911.54 | $0.00 | $0.00 | $81.45 | | $3,035.00 | Tax disbursement |
| 12/28/08 | | | | | | | | | $102,718.47 | $1,911.54 | $0.00 | $0.00 | $81.45 | -$500.00 | $3,535.00 | Atty Fees - Bky |
| 12/31/08 | | $8.79 | | | $8.79 | | | | $102,718.47 | $1,920.33 | $0.00 | $0.00 | $81.45 | | $3,535.00 | Interest on Escrow |
| 01/13/09 | | | | | | | | | $102,718.47 | $1,920.33 | $0.00 | $0.00 | $81.45 | -$95.00 | $3,630.00 | BPO |