# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENT, that JPMorgan Chase Bank, National Association ("JPMorgan Chase"), successor in interest to the loans and mortgage notes formerly serviced by Washington Mutual Bank, by and through its officers hereby constitutes and appoints LPS Default Solutions, Inc. ("LPS") its true and lawful Attorney-in-Fact, in its name, place and stead and for its benefit, with full power of substitution in connection with mortgage loans or mortgage notes serviced by JPMorgan Chase on its own behalf or those serviced for others that are referred by JPMorgan Chase to LPS to provide administrative default support services.

LPS shall discharge its duties and exercise the authority granted under this Limited Power of Attorney by and through the following employees of LPS:

| | | | |
|---|---|---|---|
| Bill Newland | 1st Vice President | Christina Allen | Manager |
| Chris Hymer | 1st Vice President | Eric Tate | Manager |
| Greg Lyons | Vice President | Jeanelle Gray | Manager |
| Matthew Rogina | Vice President | Jodi Sobotta | Manager |
| Scott Walter | Vice President | Laura Hescott | Manager |
| Amy Weis | Assistant Vice President | Liquenda Allotey | Manager |
| Christine Anderson | Assistant Vice President | Mathew Casey | Manager |
| Chrys Houston | Assistant Vice President | Reginald Lynch | Manager |
| Dory Goebel | Assistant Vice President | Rick Wilken | Manager |
| John Cody | Assistant Vice President | | |

JPMorgan Chase hereby grants to LPS the authority to act in any manner necessary and proper to exercise the powers enumerated in the paragraph below and in accordance with that certain Default Services Agreement, as it may be amended or extended from time to time (the "Agreement") between Washington Mutual Bank and LPS (and its predecessor FNFS), pursuant to which LPS is providing certain foreclosure, bankruptcy and other mortgage loan related administrative support services to JPMorgan Chase in furtherance of its servicing obligations.

LPS is permitted to sign authorized documents for the following enumerated transactions on behalf of JPMorgan Chase as Attorney-in-Fact as fully as JPMorgan Chase might or could do in its servicing capacity with respect to any of the mortgage loans and mortgage notes secured thereby and nothing herein or in the Agreement shall be construed to the contrary: (a) applications for order of foreclosure; (b) assignments of mortgages or deeds of trust; (c) substitutions of trustee in deeds of trust, deeds to secure the debt, or co-ops and other forms of security instruments in accordance with state law; (d) assignments and transfers of lien; (e) foreclosure deeds; and (f) such other documents as may be necessary and proper to carry out the powers granted herein or to provide foreclosure and other related default services as requested by JPMorgan Chase.

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as, a general power of attorney.

Nothing contained herein shall (a) limit in any manner any indemnification provided by LPS under the Agreement, or (b) be construed to grant LPS the power to initiate or defend any suit, litigation or proceeding in the name of JPMorgan Chase except as specifically provided. If LPS receives any notice of suit, litigation or proceeding in the name of JPMorgan Chase, beneficiary, mortgagee or investor in connection with one of the mortgage loans or mortgage notes serviced by JPMorgan Chase, then LPS shall promptly forward a copy of same to JPMorgan Chase.

This limited power of attorney is not intended to extend the powers granted to LPS under the Agreement or to allow LPS to take any action with respect to the mortgage loans or mortgage notes not authorized by the Agreement.

This Limited Power of Attorney shall be effective October ___, 2008, and shall continue until the earliest of: (a) the date of its revocation by JPMorgan Chase; or (b) May 31, 2012.

IN WITNESS WHEREOF, JPMorgan Chase Bank, National Association, has caused this Limited Power of Attorney to be signed and acknowledged in its name and on its behalf by an authorized officer this ____ day of October, 2008.

JPMorgan Chase Bank, National Association

By: _____
James Miller
Its: Senior Vice President

NOTARY ACKNOWLEDGMENT

STATE OF __TX__ )
                )ss.
COUNTY OF __Dallas__ )

I certify that I know or have satisfactory evidence that James Miller is the person who appeared before me, and said person acknowledged that s/he signed this instrument, on oath stated that s/he was authorized to execute the instrument and acknowledged it in his/her capacity as Senior Vice President of JPMorgan Chase Bank, National Association to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: October __22__, 2008

_____
Notary Public, State of __Texas__
My appointment expires: __04/2012__

MAYA T GLICKLER
Notary Public, State of Texas
My Commission Expires
April 25, 2012