UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE: SILVIA NUER                      CASE NO.: 08-14106 REG

           Debtor.
_____

## NOTICE OF APPEARANCE and DEMAND FOR
## SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that DAVID B. SHAEV, ESQ., hereby appears in the above-entitled action as co-counsel for SILVIA NUER, Debtor.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy/adversarial proceedings, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002 (a), (b), (e), (f), (h) and (l) be served upon

                     DAVID B. SHAEV
                     Attorney for Defendant
                     350 Fifth Avenue
                     Suite 7210
                     New York, New York 10118


DATED:    APRIL 1, 2009          /s/ David B. Shaev
          New York, New York           DAVID B. SHAEV (dbs6994)
                                              Co-Counsel for Debtor
                                              350 Fifth Avenue, Suite 7210
                                              New York, New York 10118
                                              (212) 239-3800


TO:

United States Department of Justice
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor

New York, NY 10004
Silvia Nuer
1735 Purdy Street
Apartment 1D
Bronx, NY 10462

David R. Kittay, Trustee
Kittay & Gershfeld
100 White Plains Road
2nd Floor
Tarrytown, New York 10591

Linda Tirelli
Attorney for Debtor
7 Tall Oaks Lane
New City, NY 10956

Martin L. Buczkowski, Esq.
Amy E. Przewozny, Esq.
Steven J. Baum P.C.
900 Merchants Concourse
Suite 412
Westbury, NY 11530