UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 7
SYLVIA NUER,                                                     :
                                                                 :    Case No. 08-14106 (REG)
                    Debtor.                         :
----------------------------------------------------------------x

## ORDER REMOVING THE LAW OFFICES OF LINDA M. TIRELLI, ESQ. AS **SPECIAL COUNSEL TO THE TRUSTEE**

        Upon consideration of the application of David R. Kittay, Trustee herein, dated March 25, 2009, sufficient cause appearing therefor, and no adverse interest appearing or being represented; it is

        ORDERED, that the Law Offices of Linda M. Tirelli, Esq. is hereby removed as special counsel to the Trustee; and it is further

        ORDERED, that the Law Offices of Linda M. Tirelli, Esq. continue to represent the debtor herein as that debtor's duly retained bankruptcy counsel; and it is further

        ORDERED, that the service of a copy of the Notice of Presentment, with the Trustee's Application, upon: (a) the Law Offices of Linda M. Tirelli, Esq.; (b) the debtor; and (c) all those filing Notices of Appearance in this case be, and hereby is, deemed good and sufficient service thereof; and it is further

ORDERED, that the service of a copy of this order upon: (a) the Law Offices of Linda M. Tirelli, Esq.; (b) the debtor; and (c) all those filing Notices of Appearance in this case by first class mail on or before the 30th day of April, 2009 be, and hereby is, deemed good and sufficient service thereof.

Dated: New York, New York
April **20**, 2009

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE