UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Presentment Date and Time |
| | : | September 15, 2009 at 11:00 a.m. |
| SILVIA NUER, | : | Chapter 7 |
| Debtor | : | Case No: 08-14106(REG) |

------------------------------------------------------

## RESPONSE OF JPMORGAN CHASE BANK, N.A. TO DEBTOR'S APPLICATION TO AMEND PLEADING

**JPMORGAN CHASE BANK, N.A.,** as acquirer of certain assets of WASHINGTON MUTUAL BANK, INC. ("WaMu") from the FDIC as Receiver of WaMu and as servicer ("JPMorgan") for Deutsche Bank National Trust Company, as Trustee ("DBank") for Long Beach Mortgage Loan Trust 2006-2 ("LBMLT 2006-2") (together "JPMorgan"), by its attorneys Teitelbaum & Baskin, LLP, for its response to the Debtor's Notice of Presentment, dated August 19, 2009 (the "Notice of Presentment"), respectfully states:

1. JPMorgan does not object to the Debtor's request to amend its pleadings as set forth in the Notice of Presentment; however, JPMorgan reserves all its rights to (i) object or otherwise respond to the proposed amended pleading if and when the proposed amended pleading is permitted by the Court; and (ii) seek appropriate relief, including, without limitation, sanctions with respect to all pleadings filed by or on behalf of the Debtor with this Court, including the proposed amended pleading and the pleadings which the Debtor proposes to amend by the Notice of Presentment.

Dated: White Plains, New York
     September 9, 2009                       **TEITELBAUM & BASKIN, LLP**
                                                 By: /s/ Jay Teitelbaum
                                                 3 Barker Avenue
                                                 White Plains, New York 10610
                                                 Tel. 914.437.7670
                                                 jteitelbaum@tblawllp.com

To:    Linda Tirelli, Esq.
202 Mamaroneck Avenue
White Plains, New York 10601

David Kittay, Chapter 7 Trustee
Michelle Gershfeld, Esq
Kittay & Gershfeld, P.C.
100 White Plains Road
Tarrytown, New York 10591

United States Department of Justice
Office of the United States Trustee
Southern District of New York
Attention: Greg Zipes, Esq.
33 Whitehall Street
New York, New York 10004