Teitelbaum & Baskin, LLP
Attorneys for JPMorgan Chase Bank, N.A.
3 Barker Avenue
White Plains, New York 10610
Tel. 914.437.7670
Fax. 914.437.7670
E. Mail jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re:                                          :        Chapter 7
                                                :        Case No: 08-14106(REG)
SILVIA NUER,                                    :
            Debtor                              :

-------------------------------------------------------

## AFFIRMATION OF SERVICE

JAY TEITELBAUM, an attorney duly admitted to practice law in the State of New York and before this Court, hereby affirms under penalty of perjury:

1. I am not a party to the above captioned action.

2. On December 7, 2009, I caused a copy of the December 7, 2009 letter to the Honorable Robert Gerber, from JPMorgan Chase Bank, N.A., as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2, seeking a pre motion conference (Docket No 67) to be served as follows:

> Via Electronic Mail
> Linda M. Tirelli
> Westchester Legal Credit Solutions Inc.
> 202 Mamroneck Avenue
> 3rd Floor
> White Plains, NY 10601
> westchesterlegal@aol.com

Via Mail and Electronic Mail
Greg Zipes
U S Trustees Office
33 Whitehall Street, 21st Floor
New York, NY 10004
[greg.zipes@usdoj.gov](mailto:greg.zipes@usdoj.gov)

Via Electronic Mail
David Kittay
Kittay & Gershfeld, P.C.
100 White Plains Road
Tarrytown, NY 10591
dkittay@kittaylaw.com

Dated December 7, 2009                /s/Jay Teitelbaum