UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :   Case No. 08-14106 (REG)
                                                             :
                                                             :   (Chapter 7)
SILVIA NUER,                                                 :
                                                             :
                    Debtor.                                  :
                                                             :
------------------------------------------------------------ x

# DECLARATION OF GREG M. ZIPES

Pursuant to 28 U.S.C. § 1746, Greg M. Zipes declares as follows:

1. I am a trial attorney in the Office of the United States Trustee for Region 2 (the "United States Trustee"). I am assigned to this matter by my office and as such, have knowledge and information about this Chapter 7 bankruptcy case. I submit this Declaration in support of the request of Silvia Nuer (the "Debtor") for sanctions against J.P. Morgan Chase Bank, National Association ("Chase") in connection with Chase's Motion for Relief from Stay (the "Motion For Stay Relief") as servicer for Deutsche Bank National Trust Company ("Deutsche"), as Trustee for Long Beach Mortgage Trust 2006-2.

2. A true and correct copy of the docket dated as of January 4, 2010 is attached as Exhibit A.

3. A true and correct copy of the petition with schedules and means test form (Doc. No. 1) is attached as Exhibit B.

4. A true and correct copy of the Motion For Stay Relief (Doc. No. 7) with the supporting memorandum of law (Doc. No. 8) is attached as Exhibit C.

5. A true and correct copy of the assignment from Chase to Deutsche signed by Scott Walter, attached to the Motion For Stay Relief (Doc. No. 7), is attached as Exhibit D.

6. A true and correct copy of the Objection to Motion For Stay Relief and Conditional Counter-Motion for Legal Fees and Expenses (Doc. No. 22), is attached as Exhibit E.

7. A true and correct copy of the affidavit of Chase dated January 30, 2009 (Doc. No. 28) is attached as Exhibit F.

8. A true and correct copy of the undated affirmation of Chase (the "Supplemental Affirmation") (Doc. No. 32) is attached as Exhibit G.

9. A true and correct copy of the limited power of attorney dated October 22, 2008, an exhibit to the Supplemental Affirmation (Doc. No. 32), is attached as Exhibit H.

10. A true and correct copy of the assignment from Chase to Deutsche Bank National Trust Company signed by Ann Garbis, attached to the Supplemental Affirmation (Doc. No. 32), is attached as Exhibit I.

11. True and correct copies of excerpts from the October 6, 2009 deposition of Charles Herndon are attached as Exhibit J.

12. True and correct copies of excerpts from the mortgage loan purchase agreement dated February 24, 2006 between Long Beach Securities Corp. as purchaser and Long Beach Mortgage Company as seller are attached as Exhibit K.

13. True and correct copies of excerpts from the pooling and servicing agreement dated March 1, 2006 are attached as Exhibit L.

14. True and correct copies of excerpts from the August 13, 2008 hearing in In re Pawson (Case No. 05-18439 (MG)) are attached as Exhibit M.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
January 4, 2010

/s/ Greg M. Zipes
GREG M. ZIPES