**CsDisChg**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 08-14106-reg

*Assigned to:* Judge Robert E. Gerber
Chapter 7
Voluntary
Asset

*Date filed:* 10/10/2008
*Debtor discharged:* 03/16/2009

*Debtor disposition:* Standard Discharge

*Debtor*
**Silvia Nuer**
1735 Purdy Street Apt. 1-D
Bronx, NY 10462
SSN / ITIN: xxx-xx-5752

represented by **David B. Shaev**
350 Fifth Avenue
Suite 7210
New York, NY 10118
(212) 239-3800
Fax : (212) 695-3008
Email: dshaev@onsiteaccess.com

**Linda M. Tirelli**
Westchester Legal Credit Solutions Inc.
202 Mamroneck Avenue
3rd Floor
White Plains, NY 10601
(914) 946-0860
Fax : (914) 946-0870
Email: westchesterlegal@aol.com

*Trustee*
**David R. Kittay**
Kittay & Gershfeld, P.C.
100 White Plains Road
2nd Floor
Tarrytown, NY 10591
(914) 332-8000

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 10/10/2008 | 1 | Voluntary Petition (Chapter 7). Order for Relief Entered. Fee Amount $ 299.00 Not Paid. Section 521(i) Incomplete Filing Date: 11/24/2008. Schedule J due 10/27/2008. Incomplete Filings due by 10/27/2008, Filed by Linda Tirelli of Law Office of Linda Tirelli, Esq. on behalf of Silvia Nuer. (Cappiello, Karen) Modified on 10/23/2008 (Gomez, Jessica). (Entered: 10/20/2008) |
| 10/10/2008 | 2 | Certificate of Credit Counseling, Certificate Number: 01267-NYS-CC-004938776 filed by Silvia Nuer. (Cappiello, Karen) (Entered: 10/20/2008) |
| 10/20/2008 | 3 | Request for Deficiency Notice. (Cappiello, Karen). (Entered: 10/20/2008) |
| 10/20/2008 |  | Trustee David R. Kittay added to the case. (Cappiello, Karen). (Entered: 10/20/2008) |
| 10/20/2008 | 4 | Request for 341(a) Notice with 341(a) meeting to be held on 11/14/2008 at 09:30 AM at 80 Broad St., 4th Floor, USTM. Financial Management Course Due: 12/29/2008. Last day to oppose discharge or dischargeability is 1/13/2009. (Cappiello, Karen). (Entered: 10/20/2008) |
| 10/22/2008 | 5 | Notice of 341(a) Meeting of Creditors with Certificate of Mailing. (related document(s) (Related Doc # 4 )) . Service Date 10/22/2008. (Admin.) (Entered: 10/23/2008) |
| 10/22/2008 | 6 | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3 )) . Service Date 10/22/2008. (Admin.) (Entered: 10/23/2008) |
| 10/24/2008 |  | Receipt of Voluntary Petition Filing Fee (Chapter 7). Fee Amount $ 299 , Receipt Number 177203. (related document(s) 1 ) (Gomez, Jessica). (Entered: 10/24/2008) |
|  |  | Motion for Relief from Stay *as to the property located at 1651 Metropolitan Avenue 7C, Bronx, NY 10462* filed by Amy E. Przewozny on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. with hearing to be held on 11/18/2008 at 09:45 AM at Courtroom 621 (REG) (Attachments: # 1 Exhibit Loan Documents# 2 Exhibit Relief from Stay Worksheet# 3 Exhibit Property Valuation# 4 Exhibit Proposed Order) (Przewozny, Amy) |

| | | |
|---|---|---|
| 11/17/2008 | 7 | (Entered: 11/17/2008) |
| 11/17/2008 | | Receipt of Motion for Relief from Stay (fee)(08-14106-reg) [motion,185] ( 150.00) Filing Fee. Receipt number 5092034. Fee amount 150.00. (U.S. Treasury) (Entered: 11/17/2008) |
| 11/17/2008 | 8 | Memorandum of Law (related document(s) 7 ) filed by Amy E. Przewozny on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Przewozny, Amy) (Entered: 11/17/2008) |
| 11/17/2008 | 9 | Affidavit of Service (related document(s) 7 ) filed by Amy E. Przewozny on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Przewozny, Amy) (Entered: 11/17/2008) |
| 11/17/2008 | 10 | Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule G, Schedule H, Schedule I, Schedule J , Statement of Financial Affairs filed by Silvia Nuer. (Ho, Amanda) (Entered: 11/19/2008) |
| 11/19/2008 | 11 | Letter *Requesting Claims Bar Date* filed by Michelle G. Gershfeld on behalf of David R. Kittay. (Gershfeld, Michelle) (Entered: 11/19/2008) |
| 11/20/2008 | 12 | Application to Employ Kittay & Gershfeld, PC as General Counsel to the Trustee *Effective November 18, 2008* filed by David R. Kittay on behalf of David R. Kittay. (Kittay, David) (Entered: 11/20/2008) |
| 11/20/2008 | 13 | Motion to Amend (related document(s) 7 ) filed by Dennis Jose on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. with hearing to be held on 12/18/2008 at 09:45 AM at Courtroom 621 (REG) (Jose, Dennis) (Entered: 11/20/2008) |
| 11/20/2008 | 14 | Affidavit of Service (related document(s) 13 ) filed by Dennis Jose on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Jose, Dennis) (Entered: 11/20/2008) |
| | | **(THIS BNC NOTICE WAS NOT GENERATED)** Request for Notice of Possible Dividends. Proof of Claims due by 2/25/2008. |

| | | |
|---|---|---|
| 11/25/2008 | 15 | (Ho, Amanda). Modified on 12/9/2008 (Richards, Beverly). (Entered: 11/25/2008) |
| 11/25/2008 | 16 | Request for Notice of Possible Dividends. Proof of Claims due by 2/25/2009. (Ho, Amanda). (Entered: 11/25/2008) |
| 11/25/2008 | 17 | Order Granting Application to Employ Kittay & Gershfeld, PC as General Counsel to the Trustee Effective November 18, 2008 (Related Doc # 12 ) signed on 11/25/2008. (Blum, Helene) (Entered: 11/25/2008) |
| 11/27/2008 | 18 | Notice of Possible Dividend with Certificate of Mailing (related document(s) (Related Doc # 16 )) . Service Date 11/27/2008. (Admin.) (Entered: 11/28/2008) |
| 12/09/2008 | 19 | Request for Notice of Requirement to Complete Course in Financial Management (Richards, Beverly). (Entered: 12/09/2008) |
| 12/09/2008 | 20 | Application to Employ Law Offices of Linda M. Tirelli, Esq. as Special Counsel for the Trustee *Retroactive to November 24, 2008* filed by Michelle G. Gershfeld on behalf of David R. Kittay. (Attachments: # 1 Retention Affidavit) (Gershfeld, Michelle) (Entered: 12/09/2008) |
| 12/11/2008 | 21 | Certificate of Mailing Re: Notice of Requirement to Complete Course in Financial Management (related document(s) (Related Doc # 19 )) . Service Date 12/11/2008. (Admin.) (Entered: 12/12/2008) |
| 12/11/2008 | 23 | Financial Management Course Certification (Official Form 23) filed by Silvia Nuer. (Ho, Amanda) (Entered: 12/12/2008) |
| 12/12/2008 | 22 | Objection to Motion (related document(s) 7 , 13 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with hearing to be held on 1/14/2009 at 11:00 AM at Location to be announced Reply due by 1/8/2009, (Tirelli, Linda) (Entered: 12/12/2008) |
| 12/15/2008 | 24 | Order signed on 12/15/2008 Re: Authorizing Retention the Law Offices of Linda M. Tirelli, Esq. as Special Counsel for the Trustee Retroactive to November 24, 2008(Related Doc # 20 ) . (Ho, Amanda) (Entered: 12/15/2008) |
| | | **(THIS ENTRY HAS BEEN RE-DOCKETED, SEE DOCUMENT # 26 FOR CORRECT ENTRY)** Financial Management Course Certification (Official Form 23) filed by Linda M. Tirelli on behalf of Silvia Nuer. (Tirelli, Linda) |

| | | |
|---|---|---|
| 12/23/2008 | 25 | Modified on 1/6/2009 (Richards, Beverly). (Entered: 12/23/2008) |
| 01/06/2009 | 26 | Financial Management Course Certification (Official Form 23) filed by Linda M. Tirelli on behalf of Silvia Nuer. (Tirelli, Linda) (Entered: 01/06/2009) |
| 01/06/2009 | 27 | Letter *adjourning motion until 2/11/09* (related document(s) 7 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 01/06/2009) |
| 01/30/2009 | 28 | Affidavit *in Further Support of motion for Termination of the Automatic Stay* (related document(s) 7 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Attachments: # 1 Exhibit A- Payment History# 2 Exhibit B- Broker Price Opinions and Appraisals) (Grigg, Natalie) (Entered: 01/30/2009) |
| 01/30/2009 | 29 | Affidavit of Service (related document(s) 28 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 01/30/2009) |
| 02/03/2009 | 30 | Amended Objection to Motion *termination of stay* (related document(s) 7 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with hearing to be held on 2/11/2009 at 11:00 AM at Location to be announced (Attachments: # 1 Exhibit Amendment to Objection to MFRS Exhibits A-G) (Tirelli, Linda) (Entered: 02/03/2009) |
| 02/06/2009 | 31 | Letter *adjourning motion until 2/26/09* (related document(s) 7 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 02/06/2009) |
| 02/23/2009 | 32 | Supplemental Affirmation *in Further Support of Motion for Relief of the Automatic Stay* (related document(s) 7 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Attachments: # 1 Exhibit A- Limited Power of Attorney# 2 Exhibit B- Second Assignment# 3 Exhibit C- Affidavit of Facts# 4 Exhibit D- FDIC Affidavit) (Grigg, Natalie) (Entered: 02/23/2009) |

| | | |
|---|---|---|
| 02/23/2009 | 33 | Affidavit of Service (related document(s) 32 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 02/23/2009) |
| 02/25/2009 | 34 | Letter *advising that per the Judge's request the Motion is being adjourned until 4/1/09* (related document(s) 7 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 02/25/2009) |
| 03/16/2009 | 35 | Request for Discharge of Debtor (Ho, Amanda). (Entered: 03/16/2009) |
| 03/18/2009 | 36 | Order of Discharge with Certificate of Mailing. (related document(s) (Related Doc # 35 )) . Service Date 03/18/2009. (Admin.) (Entered: 03/19/2009) |
| 03/25/2009 | 37 | Notice of Presentment *of Order Removing the Law Offices of Linda M. Tirelli, Esq. as Special Counsel to the Trustee* filed by David R. Kittay on behalf of David R. Kittay. with presentment to be held on 4/17/2009 at 12:00 PM at Courtroom 621 (REG) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Kittay, David) (Entered: 03/25/2009) |
| 03/31/2009 | 38 | Supplemental Affirmation *in Further Support of Motion for Termination of the Automatic Stay* (related document(s) 7 , 13 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 03/31/2009) |
| 03/31/2009 | 39 | Affidavit of Service (related document(s) 38 ) filed by Natalie A. Grigg on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Grigg, Natalie) (Entered: 03/31/2009) |
| 04/01/2009 | 40 | Case Management Order #1 signed on 4/1/2009. (Blum, Helene) (Entered: 04/01/2009) |
| 04/01/2009 | 41 | Notice of Appearance filed by David B. Shaev on behalf of Silvia Nuer. (Shaev, David) (Entered: 04/01/2009) |
| | | Notice of Appearance filed by Jay Teitelbaum on behalf of |

| | | |
|---|---|---|
| 04/13/2009 | [42](#) | JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 04/13/2009) |
| 04/13/2009 | [43](#) | Certificate of Service *Regarding Docket No 42* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 04/13/2009) |
| 04/13/2009 | [44](#) | Amended Notice of Appearance *Corrected Notice of Appearance* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 04/13/2009) |
| 04/20/2009 | [45](#) | Order Removing the Law Offices of Linda M. Tirelli, Esq. as Special Counsel to the Trustee signed on 4/20/2009. (related document(s) [37](#) ) (Blum, Helene) (Entered: 04/20/2009) |
| 04/28/2009 | [46](#) | Notice of Presentment filed by David B. Shaev on behalf of Silvia Nuer. with presentment to be held on 5/4/2009 at 11:00 AM at Courtroom 621 (REG) (Attachments: # [1](#) Application# [2](#) Exhibit A# [3](#) Exhibit B# [4](#) Affidavit of Service)(Shaev, David) (Entered: 04/28/2009) |
| 05/03/2009 | [47](#) | Objection to Motion *For An Order Pursuant To Bankruptcy Rule 2004 and Cross Application for A Protective Order* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Attachments: # [1](#) Teitelbaum Affirmation with Exhibits A, B and C) (Teitelbaum, Jay) (Entered: 05/03/2009) |
| 05/03/2009 | [48](#) | Certificate of Service *Regarding Docket No 47* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 05/03/2009) |
| 05/05/2009 | [49](#) | Letter *Confirming Adjournment* (related document(s) [46](#) ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with hearing to be held on 5/12/2009 at 10:30 AM at Courtroom 621 (REG) (Tirelli, Linda) (Entered: 05/05/2009) |
| | | Letter *Correctio to Doc 49 as to Time of Hearing* (related document(s) [46](#) ) filed by Linda M. Tirelli on behalf of Silvia |

| | | |
|---|---|---|
| 05/05/2009 | 50 | Nuer. with hearing to be held on 5/12/2009 at 09:30 AM at Courtroom 621 (REG) (Tirelli, Linda) (Entered: 05/05/2009) |
| 05/05/2009 | 51 | Motion to Authorize */(i) an Order Authorizing the Issuance of a Subpoena Duces Tecum and (ii) an Order Compelling JP Morgan Chase Bank, National Association, To Appear for Examination Pursuant to FED. R. BANKR. P. 2004* (related document(s) 46 ) filed by David B. Shaev on behalf of Silvia Nuer. (Ho, Amanda) (Entered: 05/05/2009) |
| 05/05/2009 | 52 | Response *to JPMorgan Chase Bank, N.A.'s Objection to Debtor's Application for 2004 Order* filed by David R. Kittay on behalf of David R. Kittay. with hearing to be held on 5/12/2009 at 09:30 AM at Courtroom 621 (REG) (Kittay, David) (Entered: 05/05/2009) |
| 05/06/2009 | 53 | Certificate of Service (related document(s) 52 ) filed by Michelle G. Gershfeld on behalf of David R. Kittay. (Gershfeld, Michelle) (Entered: 05/06/2009) |
| 05/08/2009 | 54 | Supplemental Affirmation *in Support of Motion for Discovery* filed by David B. Shaev on behalf of Silvia Nuer. with hearing to be held on 5/12/2009 at 09:30 AM at Courtroom 621 (REG) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Affidavit of Service) (Shaev, David) (Entered: 05/08/2009) |
| 05/08/2009 | 55 | Affidavit of Service *By and In Hand* (related document(s) 54 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. (Tirelli, Linda) (Entered: 05/08/2009) |
| 05/15/2009 | 56 | Letter *to Judge Gerber withdrawing as co-counsel* filed by David B. Shaev on behalf of Silvia Nuer. (Shaev, David) (Entered: 05/15/2009) |
| 05/27/2009 | 57 | Notice of Adjournment of Hearing *On Motion From Relief From Stay from June 11 to Sept 10* (related document(s) 7 ) filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 05/27/2009) |
| 08/04/2009 | 58 | Notice of Proposed Order filed by David B. Shaev on behalf of Silvia Nuer. with presentment to be held on 8/25/2009 at 11:00 AM at Courtroom 621 (REG) (Attachments: # 1 Motion to Withdraw as Attorney# 2 Affidavit of Service# 3 Proposed Order)(Shaev, David) (Entered: 08/04/2009) |
| | | |

| | | |
|---|---|---|
| 08/04/2009 | 59 | Motion to Withdraw as Attorney (related document(s) 58 ) filed by David B. Shaev on behalf of Silvia Nuer. (Ho, Amanda) (Entered: 08/07/2009) |
| 08/19/2009 | 60 | Notice of Proposed Order *on Motion for Leave to amend Debtor's Objection to Motion for Termination of Automatic Stay* (related document(s) 7 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with presentment to be held on 9/15/2009 at 11:00 AM at Courtroom 621 (REG) (Attachments: # 1 Pleading Motion for Leave to Amend# 2 Exhibit Affidavitt of Service# 3 Pleading Debtor's Amended Obj to Motion for Termination of Stay) (Tirelli, Linda) (Entered: 08/19/2009) |
| 08/19/2009 | 61 | Notice of Presentment *of Motion for Leave to Amend Debtors Objection to Motion for Temination of Automatic Stay* (related document(s) 7 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with presentment to be held on 9/15/2009 at 11:00 AM at Courtroom 621 (REG) (Attachments: # 1 Pleading Mot Leave to Amend Obj# 2 Pleading Amd Obj to Mot for Termination of Stay# 3 Exhibit Certificate of Service)(Tirelli, Linda) (Entered: 08/19/2009) |
| 08/26/2009 | 62 | Order Granting Motion to Withdraw as Attorney re: David B. Shaev on behalf of Silvia Nuer(Related Doc # 59 ) signed on 8/26/2009. (Blum, Helene) (Entered: 08/26/2009) |
| 09/09/2009 | 63 | Response to Motion *By Debtor to Amend Pleadings* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 09/09/2009) |
| 12/02/2009 | 64 | Order signed on 12/2/2009 RE: Motion for Leave to Amend (related document(s) 61 , 7 , 60 ) . (Ho, Amanda) (Entered: 12/02/2009) |
| | | Amended Objection to Motion *for Relief from Automatic Stay* (related document(s) 7 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. with hearing to be held on 1/7/2010 at 10:00 AM at Courtroom 621 (REG) (Attachments: # 1 Exhibit Listing of Exhibits# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I# 10 Exhibit Exhibit J# 11 Exhibit Exhibit K# 12 Appendix Listing of Attached Cases# 13 Appendix In re Schuessler# 14 Appendix In re Hwang# 15 Appendix In re Jacobson# 16 Exhibit Exhibit D# 17 Appendix Wells Fargo v. Saint Aubin# 18 Appendix Deutsche Bank v. Bailey# 19 Appendix Indy Mac Bank v. Bethley) (Tirelli, |

| | | |
|---|---|---|
| 12/07/2009 | 65 | Linda) (Entered: 12/07/2009) |
| 12/07/2009 | 66 | Certificate of Service (related document(s) 65 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. (Tirelli, Linda) (Entered: 12/07/2009) |
| 12/07/2009 | 67 | Letter *Requesting a Pre Motion Conference* filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 12/07/2009) |
| 12/07/2009 | 68 | Certificate of Service (related document(s) 67 ) filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 12/07/2009) |
| 12/09/2009 | 69 | Notice of Adjournment of Hearing *Evidentiary Hearing Scheduled For January 7, 2010 Shall Be Conducted As A Pre-Motion/Pre-Trial Conference* (related document(s) 7 ) filed by Jay Teitelbaum on behalf of JPMorgan Chase Bank National Association as servicer for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2. (Teitelbaum, Jay) (Entered: 12/09/2009) |
| 12/18/2009 | 70 | Letter (related document(s) 67 , 68 ) filed by Linda M. Tirelli on behalf of Silvia Nuer. (Attachments: # 1 Appendix Certificate of Service)(Tirelli, Linda) (Entered: 12/18/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2010 07:47:37 | | | |
| **PACER Login:** | us5157 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 08-14106-reg Fil or Ent: filed From: 12/21/2004 To: 1/4/2010 Doc From: 0 Doc To: 99999999 Format: html |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |