Loan # 0697215101

# ASSIGNMENT OF MORTGAGE

County of **BRONX**, State of New York

Assignor: **JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d), 3415 Vision Drive, Columbus, OH 43219**

Assignee: **Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2, 300 Grand Avenue, Los Angeles, CA 90071**

Original Lender: **Long Beach Mortgage Company**

Mortgage made by SYLVIA N. NUER, dated **the 6th day of January, 2006** in the amount of **One hundred and four thousand dollars ($104,000.00)** and interest, recorded on **the 20th day of January, 2006** in the Office of the Clerk of the County of **BRONX** at **Certificate/Docket Number 2006000036164**.

This said mortgage has not been otherwise assigned.

Property Address: 1651 METROPOLITAN AVENUE 7C, BRONX, NY 10462
SBL # Block 3944, Lot 3872

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this ___1___ day of ___November___, 20___08___.

*IN PRESENCE OF*

                                                     JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d)

BY: _____
Scott Walter  Attorney In Fact

State of MN
County of Dakota  ss:
On the 1 day of November in the year 2008, before me, the undersigned, a notary public in and for said state, personally appeared Scott Walter, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the Mendota Heights, MN . *(Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)*

Notary Public



ADRIENNE MITCHELL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013