# NYC DEPARTMENT OF FINANCE
# OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2008111000970001001EAF37

## RECORDING AND ENDORSEMENT COVER PAGE
PAGE 1 OF 4

**Document ID:** 2008111000970001  **Document Date:** 11-01-2008  **Preparation Date:** 11-10-2008
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| HOLD FOR PICK-UP CHRIS<br>PRIME TITLE PT 38501<br>410 NEW YORK AVENUE<br>HUNTINGTON, NY 11743<br>631-870-1100<br>thicks@primetitlellc.com | IN CARE OF CHRIS<br>PILLAR PROCESSING LLC<br>220 NORTHPOINTE PARKWAY, SUITE G<br>AMHERST, NY 14228<br>716-204-2400 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3944 | 3872 Entire Lot | 7C | 1651 METROPOLITAN AVENUE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2006000036164

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION AS<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219<br>x Additional Parties Listed on Continuation Page | DEUTSCHE BANK NATIONAL TRUST COMPANY AS<br>TRUSTEE<br>300 GRAND AVENUE<br>LOS ANGELES, CA 90071 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 47.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed  11-26-2008 11:39
City Register File No.(CRFN):
2008000456588

*City Register Official Signature*


**Document ID:** 2008111000970001    Document Date: 11-01-2008    Preparation Date: 11-10-2008
Document Type: ASSIGNMENT, MORTGAGE

| **PARTIES** | |
|---|---|
| **ASSIGNOR/OLD LENDER:**<br>PURCHASER OF THE LOANS AND OTHER ASSETS OF (THE<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 | **ASSIGNOR/OLD LENDER:**<br>"SAVINGS BANK") FROM THE FEDERAL DEPOSIT INSURANCE<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 |
| **ASSIGNOR/OLD LENDER:**<br>CORPORATION ACTING AS RECEIVER FOR THE SAVINGS<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 | **ASSIGNOR/OLD LENDER:**<br>BANK AND PURSUANT TO ITS AUTHORITY UNDER THE<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 |
| **ASSIGNOR/OLD LENDER:**<br>FEDERAL DEPOSIT INSURANCE ACT 12 U.S.C. 1821 (D)<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219 | |

**PARTIES**
**ASSIGNEE/NEW LENDER:**
FOR LONG BEACH MORTGAGE TRUST 2006-2
300 GRAND AVENUE
LOS ANGELES, CA 90071



Loan # 0697215101

# ASSIGNMENT OF MORTGAGE

County of **BRONX**, State of New York

Assignor: **JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d), 3415 Vision Drive, Columbus, OH 43219**

Assignee: **Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-2, 300 Grand Avenue, Los Angeles, CA 90071**

Original Lender: **Long Beach Mortgage Company**

Mortgage made by SYLVIA N. NUER, dated **the 6th day of January, 2006** in the amount of **One hundred and four thousand dollars ($104,000.00)** and interest, recorded on **the 20th day of January, 2006** in the Office of the Clerk of the County of BRONX at Certificate/Docket Number 2006000036164.

This said mortgage has not been otherwise assigned.

Property Address: 1651 METROPOLITAN AVENUE 7C, BRONX, NY 10462
SBL # Block 3944, Lot 3872

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this __1__ day of __November__, 20__08__.

*IN PRESENCE OF*

JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. §1821(d)

BY: _____
Ann Garbis — Vice President

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

State of FLORIDA
County of DUVAL                     ss:
On the __1__ day of __NOV__ in the year __2008__ before me, the undersigned, a notary public in and for said state, personally appeared __Ann Garris__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the __Jacksonville, FL__. *(Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)*

Notary Public

*/s/ L. A. Qu*

LORI A. QUINN
MY COMMISSION # DD599658
EXPIRES: December 03, 2010
FL Notary Discount Assoc. Co.

**SEAL**