DEPOSITION
EXHIBIT

_UST 2_
_10-609 DD_



# MORTGAGE LOAN PURCHASE AGREEMENT

This is a Mortgage Loan Purchase Agreement (the "Agreement"), dated February 24, 2006, between Long Beach Securities Corp., a Delaware corporation (the "Purchaser") and Long Beach Mortgage Company, a Delaware corporation (the "Seller").

## Preliminary Statement

The Seller intends to sell certain mortgage loans and the swap agreement to the Purchaser on the terms and subject to the conditions set forth in this Agreement. The Purchaser intends to deposit the mortgage loans and the swap agreement into a mortgage pool constituting the trust fund. The trust fund will issue asset backed certificates designated as Long Beach Mortgage Loan Trust 2006-2 Asset-Backed Certificates, Series 2006-2 (the "Certificates"). The Certificates will consist of twenty-one classes of certificates. The Certificates will be issued pursuant to a Pooling and Servicing Agreement, dated as of March 1, 2006 (the "Pooling and Servicing Agreement"), among the Purchaser, as depositor, Deutsche Bank National Trust Company, as trustee (the "Trustee") and the Seller, as master servicer (in such capacity, the "Master Servicer"). Capitalized terms used but not defined herein shall have the meanings set forth in the Pooling and Servicing Agreement.

The parties hereto agree as follows:

SECTION 1.  Agreement to Purchase.

The Seller agrees to sell, and the Purchaser agrees to purchase, on or before March 7, 2006 (the "Closing Date"), certain fixed-rate and adjustable-rate residential mortgage loans (the "Mortgage Loans") and a swap agreement, dated March 7, 2006 between Washington Mutual Bank and Bank of America, N.A. (the "Counterparty") as set forth on Schedule A attached hereto (the "Trust Swap Agreement"). The Trust Swap Agreement will be novated to the Seller pursuant to a novation dated as of March 7, 2006, among the Counterparty, WMB and the Seller. The Trust Swap Agreement will be novated to the Purchaser pursuant to a novation dated as of March 7, 2006, among the Counterparty, the Seller and the Purchaser.

SECTION 2.  Mortgage Loan Schedule.

The Purchaser and the Seller have agreed upon which of the mortgage loans owned by the Seller are to be purchased by the Purchaser pursuant to this Agreement on the Closing Date and the Seller shall prepare or cause to be prepared on or prior to the Closing Date a final schedule (the "Closing Schedule") that shall describe such Mortgage Loans and set forth all of the Mortgage Loans to be purchased under this Agreement. The Closing Schedule shall conform to the requirements set forth in this Agreement and to the definition of "Mortgage Loan Schedule" under the Pooling and Servicing Agreement. The Closing Schedule shall be the Mortgage Loan Schedule under the Pooling and Servicing Agreement.

(ix)     Each Mortgage Note, each Mortgage, each Assignment and any other document required to be delivered by or on behalf of the Seller under this Agreement or the Pooling and Servicing Agreement to the Purchaser or any assignee, transferee or designee of the Purchaser for each Mortgage Loan has been or will be, in accordance with Section 4(b) hereof, delivered to the Purchaser or any such assignee, transferee or designee. With respect to each Mortgage Loan, the Seller is in possession of a complete Mortgage File in compliance with the Pooling and Servicing Agreement, except for such documents that have been delivered (1) to the Purchaser or any assignee, transferee or designee of the Purchaser or (2) for recording to the appropriate public recording office and have not yet been returned;

(x)     The Seller (A) is a solvent entity and is paying its debts as they become due, (B) immediately after giving effect to the transfer of the Mortgage Loans, will be a solvent entity and will have sufficient resources to pay its debts as they become due and (C) did not sell the Mortgage Loans to the Purchaser with the intent to hinder, delay or defraud any of its creditors; and

(xi)     The transfer of the Mortgage Loans to the Purchaser at the Closing Date will be treated by the Seller for financial accounting and reporting purposes as a sale of assets.

SECTION 6.     Representations and Warranties of the Seller Relating to the Individual Mortgage Loans.

The Seller hereby represents and warrants to the Purchaser, that as of the Closing Date with respect to each Mortgage Loan:

(i)     The information set forth on the Mortgage Loan Schedule with respect to each Mortgage Loan is true and correct in all material respects as of the Cut-off Date, unless another date is set forth on the Mortgage Loan Schedule;

(ii)     [reserved];

(iii)     Each Mortgage is a valid and enforceable first or second lien on the Mortgaged Property, including all improvements thereon, subject only to (a) the lien of non-delinquent current real property taxes and assessments, (b) covenants, conditions and restrictions, rights of way, easements and other matters of public record as of the date of recording of such Mortgage, such exceptions appearing of record being acceptable to mortgage lending institutions generally or specifically reflected in the appraisal made in connection with the origination of the related Mortgage Loan and which do not materially interfere with the benefits of the security intended to be provided by such Mortgage, (c) other matters to which like properties are commonly subject which do not materially interfere with the benefits of the security intended to be provided by such Mortgage and (d) in the case of a second lien, only to a first lien on such Mortgaged Property;

SE 2144624 v5

0128

# LONG BEACH MORTGAGE COMPANY

*Mortgage Loan Schedule*

**Long Beach Mortgage Loan Trust 2006-2**

**Closing Date: March 7, 2006**

Total Closing Pool

| LOAN NUMBER | SERVICING LOAN NUMBER | BORROWER NAME | PROP ADDRESS | PROP CITY | PROP STATE | PROP ZIP | OCCUPANCY STATUS | PROPERTY TYPE | ORIG TERM | ORIG LTV | COMB LTV | CURR INT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6641562 | 697215101 | NUER | 1651 METROPOLITAN AVE 7C | BRONX | NY | 10462 | OWNER-OCC | CONDO | 360 | 80.00 | 100.00 | 8.700 |
| 6641601 | 697215499 | NUER | 1651 METROPOLITAN AVE 7C | BRONX | NY | 10462 | OWNER-OCC | CONDO | 360 | 20.00 | 100.00 | 11.100 |

| FIRST PMT DATE | MATURITY DATE | MTHLY P&I | ORIG LOAN AMOUNT | PRINCIPAL BALANCE | 03/01/06 SCHEDULED BALANCE | LOAN TYPE | MARGIN | MAX RATE | MIN RATE | FIRST RATE ADJ CAP | SUBSEQUENT RATE CAP | INT RATE ADJ DATE | LOAN PURPOSE | ORIG RATE | DOCUMENT TYPE | CREDIT GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2006 | 2/1/2036 | 814.46 | 104,000.00 | 104,000.00 | 103,939.54 | 2/28 LIBOR | 4.990 | 14.700 | 8.700 | 2.000 | 1.000 | 2/1/2008 | PURCHASE | 8.700 | Stated | AP |
| 3/1/2006 | 2/1/2036 | 249.58 | 26,000.00 | 26,000.00 | 25,990.92 | 2nd Fixed | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | | PURCHASE | 11.100 | Stated | AP |

# Long Beach Mortgage

Specialty Home Loans

**Washington Mutual**

2  Loan Count
$ 129,930.46  Sched Balance

9.180%  WA Rate
WA Rterm
359

| FICO | ORIGINAL APPRAISAL VALUE | SALE PRICE | LIEN | ORIG DATE | REM TERM | PAID TO DATE | POOL GROUP | INDEX | RATE ADJ FREQ | PMI |
|---|---|---|---|---|---|---|---|---|---|---|
| 670 | 135,000.00 | 130,000 | 1 | 1/6/2006 | 359 | 2/1/2006 | Group I | 6 MO LIBOR | 6 | N |
| 670 | 135,000.00 | 130,000 | 2 | 1/6/2006 | 359 | 2/1/2006 | Group I | | | N |