```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :   Case No. 08-14106 (REG)
In re                                                   :
                                                        :   (Chapter 7)
SILVIA NUER,                                            :
                                                        :
                Debtor.                                 :
                                                        :
------------------------------------------------------- x
```

**CERTIFICATE OF SERVICE**

    I, Greg M. Zipes, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the statement of support of the United States Trustee on January 4, 2010 by Federal Express on the following parties listed on Schedule A.

                                        By:      /s/  Greg M. Zipes
                                                         Greg M. Zipes (GMZ-4539)

**EXHIBIT A**

Linda M. Tirelli, Esq.
Westchester Legal Credit Solutions Inc.
202 Mamroneck Avenue
3rd Floor
White Plains, NY 10601

David R. Kittay, Esq.
Kittay & Gershfeld, P.C.
100 White Plains Road
2nd Floor
Tarrytown, NY 10591

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
3 Barker Avenue
White Plains, NY 10610