# The Law Offices of Linda M. Tirelli PC

**1100 Summer Street, Third Floor • Stamford, CT 06905**
**Phone (203)653-2203 • Fax (914)946-0870 • Email WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*

\* Admitted CT, USDCCT and SDNY

White Plains, NY Office
(By Appointment Only)
One North Lexington Avenue
11th Floor
White Plains, NY 10601
(914)946-0860

November 21, 2010

Hon Judge Robert Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**RE:   DEBTOR'S COUNSEL  CHANGE OF ADDRESS**
**CASE #08-14106 (In re Silvia Nuer)**

Dear Judge Gerber and Whom it May Concern:

Please be advised that effective immediately, the undersigned debtor's attorney's address has changed. Please send all correspondence and service to the new address as follows:

Law Office of Linda M. Tirelli PC
The Gateway Building
1 North Lexington Avenue, 11th Floor
White Plains, NY 10601

All contact numbers and email address will remain the same.

Thank you for your attention to this matter.

Very truly yours,

/S/ Linda M. Tirelli
Linda M. Tirelli, Esq.
Debtor's Counsel

cc: All Appearing Parties



*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code. Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.